UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ANTHONY WRIGHT, DANIEL HANSEN, and KENNETH PRIVETTE, Individually and on behalf of all others similarly situated<br><br>*Plaintiff(s),*<br><br>v.<br><br>WASTE PRO USA, INC., WASTE PRO OF FLORIDA, INC., WASTE PRO OF SOUTH CAROLINA, INC., and WASTE PRO OF NORTH CAROLINA, INC.<br><br>*Defendant(s).* | Civil Action No. 2:17-cv-02654-DCN |

## DEFENDANT WASTE PRO USA, INC.'S
## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

COMES NOW Defendant WASTE PRO USA, INC. ("Waste Pro USA"), by and through its undersigned counsel, and hereby moves to dismiss the Amended Complaint (Doc. 5) filed by Plaintiffs ANTHONY WRIGHT, DANIEL HANSEN, and KENNETH PRIVETTE (collectively "Plaintiffs"), for lack of subject matter jurisdiction, lack of personal jurisdiction, and failure to state a claim, pursuant to Rules 12(b)(1), (b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, respectively. Waste Pro USA also seeks the dismissal of Plaintiffs' North Carolina state law claim for overtime compensation on preemption grounds. The grounds and authorities supporting this Motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, Waste Pro USA, Inc. respectfully requests that the Court:

(1) Dismiss Plaintiffs' Amended Complaint with prejudice; and

(2) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 14th day of November, 2017.

        LAW OFFICE OF LEAH B. MOODY, LLC

        By: */s/ Leah B. Moody*
        Leah B. Moody, Esq.
        Federal Bar No.: 7469
        235 East Main Street, Suite 115
        P.O. Box 1015 (29731)
        Rock Hill, South Carolina 29730
        Telephone: (803)327-4192
        Facsimile: (803)329-1344
        Email: LBMatty@comporium.net

        *Counsel for Defendant Waste Pro USA, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the below-named attorney on this 14th day of November, 2017.

| | |
|---|---|
| \_\_\_ HAND DELIVERY | **Ben Whaley Le Clercq, Esquire** |
| \_\_\_ U.S. MAIL | Le Clercq Law Firm, P.C. |
| \_\_\_ FAX TRANSMISSION | 708 S. Shelmore, Suite 202 |
| \_\_\_ E-MAIL TRANSMISSION | Mt. Pleasant, South Carolina 29464 |
| ✓ ECF NOTICE | Ben@leclercqlaw.com |

        */s/ Leah B. Moody*
        Leah B. Moody, Esquire