UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ANTHONY WRIGHT, DANIEL HANSEN, and KENNETH PRIVETTE, Individually and on behalf of all others § § § § *Plaintiffs*, § § v. § § WASTE PRO USA, INC., WASTE PRO OF FLORIDA, INC., WASTE PRO OF SOUTH CAROLINA, INC. and WASTE PRO OF NORTH CAROLINA, INC. § § § § § *Defendants.* § § | | Civil Action No. 2:17-cv-2654-DCN<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C § 216(b)<br><br>CLASS ACTION PURSUANT TO FED. R. CIV. P. 23 |

**PLAINTIFFS' UNOPPOSED MOTION FOR NINE-DAY
EXTENSION OF TIME TO FILE RESPONSE**

TO THE HONORABLE UNITED STATES COURT:

Plaintiffs—Anthony Wright, Daniel Hansen, and Kenneth Privette, individually and on behalf of all others similarly situated—file their unopposed motion for a nine-day extension of time to respond to Defendant's Waste Pro USA, Inc., Waste Pro of North Carolina Inc., Waste Pro of South Carolina Inc., and Waste Pro of Florida Inc., Motions to Dismiss (ECF No. 37-40).

1. This a collective action under the FLSA, 29 U.S.C. § 216(b), and a class action under FED. R. CIV. P. 23 pursuant to state wage and hour laws. *See* ECF No. 1. Plaintiffs filed their Original Complaint on October 2, 2017 (ECF No. 1), and filed their Amended Complaint—which added a named Plaintiff and Defendant—on October 31, 2017. (ECF No. 2).

2. On Wednesday, December 20, 2017, Defendants filed four Motions to Dismiss for lack of subject matter jurisdiction, pursuant to Federal Rules of Civil Procedure 12(b)(1), for lack of

personal jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(2), and for failure to State a Claim pursuant to Federal Rules of Civil Procedure 12(b)(6). (ECF No. 37-40). Plaintiffs' deadline to respond to this response is Wednesday, January 3, 2018.  This deadline has not been previously extended, and Plaintiffs' counsel does not believe that the extension requested would affect another deadline.

3.      Plaintiffs seek a 9-day extension of time—until Friday, January 12, 2018—to file their response.  This extension is sought because of much of the response period fell over the holidays.

4.      Defendants are unopposed to the 9-day extension of time and have no objection to Plaintiffs request to respond to their motion on or before January 12, 2018.

5.      Plaintiffs respectfully request that the Court grant this motion and grant Plaintiffs a 9-day extension of time—until January 12, 2018—to reply to Defendant's Waste Pro USA, Inc., Waste Pro of North Carolina Inc., Waste Pro of South Carolina Inc., and Waste Pro of Florida Inc., Motions to Dismiss for lack of subject matter jurisdiction, lack of personal Jurisdiction and for Failure to State a Claim (ECF No. 37-40). Plaintiffs also request all other proper relief which may be available.

>                                                     Respectfully submitted by:
>
>                                                     **LE CLERCQ LAW FIRM, P.C.**
>
>                                                     **By: /s/ Ben Whaley Le Clercq**
>                                                     Ben Whaley Le Clercq, Esq.
>                                                     Fed. Bar # 7453
>                                                     708 S. Shelmore Suite 202
>                                                     Mt. Pleasant, SC 29464
>                                                     (843) 722-3523
>                                                     Ben@leclercqlaw.com
>
>                                                     And

**MORGAN & MORGAN, P.A.**

**C. Ryan Morgan, Esq.**
FBN 0015527
N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: rmorgan@forthepeople.com
*pro hac vice* application pending

**Paul M. Botros, Esq.**
FBN 0063365
600 N. Pine Island Road.
Suite 400
Plantation, FL 33324
Telephone: (954) 327-5352
Facsimile: (954) 327-3017
Email: pbotros@forthepeople.com
*pro hac vice* application pending

*Trial Counsel for Plaintiffs and Putative Class Members*

And

**ANDERSON2X, PLLC**

**Austin W. Anderson, Esq.**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
*pro hac vice* application pending

**Clif Alexander, Esq**.
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw .com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284
*pro hac vice* application pending

**ATTORNEYS IN CHARGE FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2017 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of South Carolina, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Ben Whaley Le Clercq
Ben Whaley Le Clercq, Esq.